# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Lavetter,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>USOnline.com, et al.,<br><br>　　　　　　Defendants. | No. CV-13-00282-TUC-RCC<br><br>**ORDER** |

Pursuant to the Notice of Dismissal (Doc. 23),

**IT IS HEREBY ORDERED** that this case is **dismissed with prejudice**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 18th day of August, 2014.

*[signature]*
Raner C. Collins
Chief United States District Judge